# FINANCIAL DISCLOSURE REPORT

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Thurman, William T. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>06/12/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>350 South Main Street, Rm 358<br>Salt Lake City, Utah 84101 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Trustees | Utah Bankruptcy Lawyers Forum |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 06/12/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | Jan. 27, 28, 29 2011 | Denver, Colorado | Speak at seminar | meals, lodging, travel expense and tuitiion waiver |
| 2. | Norton Institute on Bankruptcy Law | Feb. 27 and 28, 2011 | Park City, Utah | Speak at seminar | meals, lodging and tuition waiver |
| 3. | National Conference of Bankruptcy Judges | April 3, 4 and 5, 2011 | Palm Desert, California | Committee Chair; Mid year meeting | meals, lodging, travel expense. |
| 4. | Utah State Bar Association | March 18 and 19, 2011 | St. George, Utah | Attend Mid-year meeting | tuition wavier, meals |
| 5. | Federal Bar Association of Utah | May 13, 2011 | St. George, Utah | Speak at seminar | tuition, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Thurman, William T. | 06/12/2012 |

| 6. | George Mason University | June 1-3, 2011 | Arlington, Va | Attend Judicial Training Seminar | tuition, meals, lodging, travel expense |
|---|---|---|---|---|---|
| 7. | Department of Justice and American Bar Association | September 9-14, 2011 | Moscow, Russia | Speak at Conference on Resolutiion of CIS-Related Disputes | tuition, means, lodging, travel expense |
| 8. | National Conference of Bankruptcy Judges | October 12 through 15, 2011 | Tampa Bay, Fla | Committee Chair; Annual meeting | meals, lodging, travel expense |
| 9. | Federal Bar Association of Utah | Nov.4, 2011 | Salt Lake City, Utah | Speak at seminar | meals, tuition waiver |
| 10. | Utah Bankruptcy Lawyers Forum Trustee's Meetings | Various Quarterly in 2010 | Salt Lake City, Utah | Attend as Trustee | meals, membership fee waiver |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 06/12/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS *-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Savings, checking Accnts | | | | | | | | | |
| 2. ---Mountain America Credit Union | D | Interest | K | T | | | | | |
| 3. ---Zions First National Bank checking and savings | D | Interest | N | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. Broker #1 Account | | | | | | | | | |
| 7. ---Eaton Vance Tx Mngd Value C Fund | A | Int./Div. | K | T | | | | | |
| 8. | | | | | | | | | |
| 9. New England Life (funds held for filer as cash values) | | | | | | | | | |
| 10. ---BlackRock Bnd Inc. Prt fund | A | Dividend | J | T | | | | | |
| 11. ---BR Money Market Fund | A | Dividend | J | T | | | | | |
| 12. ---MetLife Stock Index Fund | A | Dividend | J | T | | | | | |
| 13. ---FI Val Leaders Fund | A | Dividend | J | T | | | | | |
| 14. ---L/S Small Cap Fund | A | Dividend | J | T | | | | | |
| 15. ---Art Inter Stck Port fund | A | Dividend | J | T | | | | | |
| 16. ---Davis Venture Value Fund | A | Dividend | J | T | | | | | |
| 17. ---Jenison Growth Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. IRA #1 (same broker as #1) | | | | | | | | | |
| 20. ---DA Davidson Money Market Fund | A | Int./Div. | J | T | | | | | |
| 21. ---Davis NY Venture Value Cl C Fund. | A | Dividend | J | T | Buy (add'l) | 07/18/11 | J | | |
| 22. ---ING Int. Value CL C Fund. | A | Dividend | | | Sold | 07/15/11 | J | A | |
| 23. ---Oppenheimer Main St. Sm Cap Cl C Fund. | A | Dividend | J | T | | | | | |
| 24. ---Growth Fund of Am Cl C Fund. | A | Dividend | J | T | | | | | |
| 25. | | | | | | | | | |
| 26. 401(K) Broker #2 Account | | | | | | | | | |
| 27. ---Dodge & Cox Income Fund | A | Int./Div. | K | T | | | | | |
| 28. ---Dodge & Cox Stock Fund | B | Dividend | J | T | | | | | |
| 29. ---Riversource Trust Stable Cap II Fund | A | Dividend | K | T | | | | | |
| 30. ---Royce Low priced Stock Fund | A | Dividend | J | T | | | | | |
| 31. ---Prudential Jennison Growth Fund | A | Dividend | J | T | | | | | |
| 32. ---American Funds EuorPacific Growth Fund Class A | A | Dividend | K | T | | | | | |
| 33. ---Brown Capital Mgt. small Co. Fund | A | Dividend | J | T | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 06/12/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Utah Educational Savings Plan, Age Based Gr; see Part VIII | A | Dividend | J | T | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 06/12/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#35 Part VII. The full name of this fund was the Utah Educational Savings Plan, Diverside 7--it had a name change during the reporting period. The new name of the Fund is Age-Based Aggressive Growth.

| Name of Person Reporting | Date of Report |
|---|---|
| Thurman, William T. | 06/12/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William T. Thurman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544